IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIAMOND MATHIS,

    Petitioner,

v.                                                                 4:21cv304–WS/MAF

UNITED STATES OF AMERICA,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S § 2241 PETITION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed November 9, 2021. The magistrate judge recommends that the petitioner's § 2241 petition for writ of habeas corpus be dismissed for lack of jurisdiction. The petitioner has filed no objections to the report and recommendation.

Having reviewed the matter, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is

ADOPTED and incorporated by reference into this order of the court.

2. Respondent's motion to dismiss (ECF No. 6) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED for lack of jurisdiction.

4. The clerk is directed to enter judgment stating: "The petitioner's petition for writ of habeas corpus is dismissed."

DONE AND ORDERED this   28th   day of   December  , 2021.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE